UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DENG M. KUMDAK, | ) | CASE NO. C07-1210-BHS-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER STAYING ACTION |
| | ) | |
| KENNETH QUINN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. On March 24, 2008, this Court issued an Order directing the parties to show cause why this federal habeas action should not be stayed pending resolution of petitioner's personal restraint petition in the state courts. Respondent has filed a response to the Order to Show Cause in which he requests that the petition be stayed. Petitioner has not filed any response to the Order to Show Cause.

This Court, having reviewed petitioner's federal habeas petition, respondent's answer to the Order to Show Cause, and the balance of the record, does hereby ORDER as follows:

(1) This federal habeas action is STAYED pending resolution of petitioner's personal restraint proceedings in the Washington courts.

ORDER STAYING ACTION
PAGE -1

(2)     The parties are directed to notify the Court within *thirty (30) days* of the date on which petitioner's personal restraint proceedings are concluded in the state courts.

(3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Benjamin H. Settle.

DATED this 24th day of April, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge