1

2                              UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
3                                        AT TACOMA

4

5    DENG M. KUMDAK,

                                                  CASE NO. C07-1210 BHS
6                                Petitioner,

                                                  ORDER ADOPTING REPORT
7           v.                                    AND RECOMMENDATION

8    KENNETH QUINN,

                                 Respondent.
9

10

11          This matter comes before the Court on the Report and Recommendation ("R&R")

12   of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 34. The Court

13   having considered the R&R and the remaining record, and no objections having been

14   filed, does hereby find and order as follows:

            (1)     The R&R is **ADOPTED**;
15
            (2)     This federal habeas action is **DISMISSED**, without prejudice, for failure to
16
     prosecute pursuant to LCR 41(b)(2); and
17
            (3)     This case is closed.
18
            Dated this 26th day of February, 2014.
19

20

21
                                              BENJAMIN H. SETTLE
                                              United States District Judge
22

ORDER